IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v. No. 25-2083

ROBERT HAACK,
*Defendant-Appellant*.

**UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Defendant-Appellant Robert Haack, by and through counsel of record, Scott M. Davidson, without opposition from the Plaintiff-Appellee, United States of America, hereby respectfully requests an extension of 30 days to file Mr. Haack's opening brief, from October 1, 2026 to October 31, 2026 (effectively extending the due date to Monday, November 2, 2026). As grounds therefor, Mr. Haack states as follows:

1. Until today, Mr. Haack was proceeding *pro se* in this matter.

2. On today's date, September 30, 2026, undersigned counsel entered his appearance as counsel of record for Mr. Haack in this appeal.

3. On July 15, 2026, the Court issued an order to Mr. Haack, who was then proceeding *pro se*, that his opening brief was due to be filed on or before September 14, 2026. At that time, undersigned counsel was not representing Mr. Haack.

4. On September 24, 2026, the Court issued a deficiency notice observing that Mr. Haack's *pro se* opening brief had not been filed, and directed him to file it no later than October 1, 2026, on pain of dismissal of the appeal for failure to file the opening brief.

5. Accordingly, the current due date for Mr. Haack's opening brief is October 1, 2026.

6. Undersigned counsel was not Mr. Haack's counsel in the trial court. Undersigned counsel is new to Mr. Haack's case. It would be impossible for undersigned counsel to prepare and file the opening brief on behalf of Mr. Haack by the current due date of October 1, 2026. Accordingly, undersigned counsel will require additional time to prepare and file the opening brief on behalf of Mr. Haack in this matter.

7. Undersigned counsel is requesting an additional thirty (30) days, which if granted would extend the current due date of October 1, 2026 to October 31, 2026. Insofar as October 31, 2026 falls on a Saturday, the effective due date for a brief due October 31, 2026 would be the following Monday, November 2, 2026.

8. The Plaintiff-Appellee, United States of America, by and through counsel of record, Assistant United States Attorney Frederick T. Mendenhall, III, does not oppose the extension of thirty (30) days requested in this motion.

9. It is in the interest of the orderly administration of these appellate proceedings to afford Mr. Haack an additional thirty (30) days within which to file the opening brief in this matter, and to order that the new due date is November 2, 2026.

Respectfully submitted,

*/s/Scott M. Davidson*
Scott M. Davidson
1011 Lomas Boulevard NW
Albuquerque, NM 87102
505.255.9084 (ph)
scott@justappeals.net
Counsel for Mr. Haack

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served electronically through the CM/ECF system to Frederick T. Mendenhall, III, counsel of record for the government, on the 30th day of September 2026.

*/s/ Scott M. Davidson*
Scott M. Davidson